FILED
MAR 17 2008
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMON DEL RIO, | NO. EDCV 05-00803-TJH (MAN) |
| Petitioner, | |
| v. | JUDGMENT |
| WARDEN J.E. HALL, | |
| Respondent. | |

Pursuant to the Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: 3/17/08

_____
TERRY J. HATTER, JR.
UNITED STATES DISTRICT JUDGE